**LETITIA JAMES**
Attorney General of New York
Stephen C. Thompson
*Special Counsel*
Rabia Muqaddam
*Chief Counsel for Federal Initiatives*
Patrick Gibson
*Assistant Attorney General*
28 Liberty Street
New York, NY 10005
(212) 416-6183
stephen.thompson@ag.ny.gov

*Attorneys for the State of New York*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>     Plaintiffs,<br><br>   v.<br><br>RUSSELL T. VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.*,<br><br>     Defendants. | Case No.  6:25-cv-02384-AA<br><br>DECLARATION OF STEPHEN C. THOMPSON IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT |

I, Stephen C. Thompson, declare as follows:

1.    I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2.    I am Special Counsel in the Office of the New York Attorney General and the lead attorney representing Plaintiff State of New York in the above-captioned matter.

3.    Attached as Exhibit 1 to this declaration is a true and correct copy of five Letters from Russell Vought, Acting Dir., CFPB, to President Donald J. Trump and Chairs of Cong.

Page 1 -    DECLARATION OF STEPHEN C. THOMPSON IN SUPPORT OF PLAINTIFFS'
        MOTION  FOR PARTIAL SUMMARY JUDGMENT

Comms. on Appropriations (Nov. 20, 2025), filed in *National Treasury Employees Union v. Vought*, No. 1:25-cv-00381-ABJ (D.D.C.), ECF Nos. 147 & 147-1.

4.      Attached as Exhibit 2 to this declaration is a true and correct copy of a CFPB press release, Consumer Fin. Prot. Bureau, *Consumer Financial Protection Bureau and Multiple States Enter into Settlement with Nationstar Mortgage, LLC for Unlawful Servicing Practices* (Dec. 7, 2020), https://www.consumerfinance.gov/about-us/newsroom/consumer-financial-protection-bureau-multiple-states-enter-settlement-nationstar-mortgage-llc-unlawful-servicing-practices/ [https://perma.cc/6EDN-XETJ].

5.      Attached as Exhibit 3 to this declaration is a true and correct copy of relevant portions of Consumer Fin. Prot. Bureau, *Consumer Response Annual Report 2024* (May 2025), available at https://files.consumerfinance.gov/f/documents/cfpb_cr-annual-report_2025-05.pdf [https://perma.cc/5BSF-WE3U].

6.      Attached as Exhibit 4 to this declaration is a true and correct copy of relevant portions of Consumer Fin. Prot. Bureau, *Report on the Home Mortgage Disclosure Act Rule Voluntary Review* (March 2023), available at

https://files.consumerfinance.gov/f/documents/cfpb_hmda-voluntary-review_2023-03.pdf [https://perma.cc/AXK2-QEPT].

7.      Attached as Exhibit 5 to this declaration is a true and correct copy of relevant portions of Fed. Reserve Sys., *The Fed Explained: What the Central Bank Does* (11th ed. 2021), available at https://www.federalreserve.gov/aboutthefed/files/the-fed-explained.pdf [https://perma.cc/ZZT4-W9UH].

Page 2 -     DECLARATION OF STEPHEN C. THOMPSON IN SUPPORT OF PLAINTIFFS'
             MOTION  FOR PARTIAL SUMMARY JUDGMENT

8.      Attached as Exhibit 6 to this declaration is a true and correct copy of relevant portions of Fed. Open Market Comm., *Statement on Longer-Run Goals and Monetary Policy Strategy* (amended Aug. 22, 2025), available at

https://www.federalreserve.gov/monetarypolicy/files/FOMC_LongerRunGoals.pdf [https://perma.cc/EUM6-G67J].

9.      Attached as Exhibit 7 to this declaration is a true and correct copy of relevant portions of Seth Carpenter et al., *The Federal Reserve's Balance Sheet and Earnings: A Primer and Projections*, 11 Int'l J. Cent. Banking (2015), available at

https://www.ijcb.org/sites/default/files/journal/v11n2/ijcb-v11n2-federal-reserves-balance-sheet-and-earnings-primer-and-projections.pdf [https://perma.cc/AX6X-T5UL].

10.      Attached as Exhibit 8 to this declaration is a true and correct copy of relevant portions of Fed. Reserve Bank of N.Y., *Open Market Operations During 2024* (2025), available at https://www.newyorkfed.org/medialibrary/media/markets/omo/omo2024-pdf.pdf [https://perma.cc/3GHS-H4XZ].

11.      Attached as Exhibit 9 to this declaration is a true and correct copy of relevant portions of Miguel Faria-e-Castro & Samuel Jordan-Wood, *The Fed's Remittances to the Treasury: Explaining the 'Deferred Asset'*, Fed. Reserve Bank of St. Louis: On the Economy (Nov. 21, 2023), available at https://www.stlouisfed.org/on-the-economy/2023/nov/fed-remittances-treasury-explaining-deferred-asset [https://perma.cc/J2XF-23QE].

12.      Attached as Exhibit 10 to this declaration is a true and correct copy of relevant portions of Fed. Reserve Bank of N.Y., *Open Market Operations During 2022* (April 2023), available at https://www.newyorkfed.org/medialibrary/media/markets/omo/omo2022-pdf.pdf [https://perma.cc/BB6R-EQPY].

Page 3 -    DECLARATION OF STEPHEN C. THOMPSON IN SUPPORT OF PLAINTIFFS'
            MOTION  FOR PARTIAL SUMMARY JUDGMENT

13.     Attached as Exhibit 11 to this declaration is a true and correct copy of *Whether the Consumer Financial Protection Bureau May Continue to Draw Funds from the Federal Reserve System Under 12 U.S.C. § 5497 When the Federal Reserve Is Operating at a Loss*, 49 Op. O.L.C. (Nov. 7, 2025) (slip op.).

14.     Attached as Exhibit 12 to this declaration is a true and correct copy of relevant portions of Bd. of Govs. of the Fed. Reserve Sys., *Financial Accounting Manual for Federal Reserve Banks* (May 2025), available at

https://www.federalreserve.gov/aboutthefed/files/bstfinaccountingmanual.pdf.

15.     Attached as Exhibit 13 to this declaration is a transcription of relevant portions of *The Semiannual Monetary Policy Report to the Congress: Hearing Before the S. Comm. on Banking, Housing & Urban Affs.*, 119th Cong. (Feb.11, 2025) (testimony of Jerome Powell, Chair, Bd. of Govs. of the Fed. Reserve Sys., at 1:23:46-1:26:02), available at

https://www.banking.senate.gov/hearings/02/04/2025/the-semiannual-monetary-policy-report-to-the-congress. I have reviewed the transcription and the live testimony by Chair Powell and certify the transcription to be accurate.

16.     Attached as Exhibit 14 to this declaration is a true and correct copy of relevant portions of Cong. Budget Off., *Reconciliation Recommendations of the House Committee on Financial Services* (May 7, 2025), https://www.cbo.gov/system/files/2025-05/HFS_Reconciliation2025.pdf [https://perma.cc/8HHY-346C].

17.     Attached as Exhibit 15 to this declaration is a true and correct copy of a post on X from Elon Musk (@elonmusk), X (Feb. 7, 2025, at 16:41 ET), https://x.com/elonmusk/status/1887979940269666769 [https://perma.cc/AA2A-ZSK3].

18.     Attached as Exhibit 16 to this declaration is a true and correct copy of the Letter from Russell Vought, Acting Dir., CFPB, to Jerome Powell, Chair, Bd. of Govs. of the Fed. Reserve Sys. (Feb. 8, 2025), https://files.consumerfinance.gov/f/documents/cfpb_letter-from-frb-to-cfpb_2025-02.pdf [https://perma.cc/9QUC-HB7R].

Page 4 -    DECLARATION OF STEPHEN C. THOMPSON IN SUPPORT OF PLAINTIFFS' MOTION  FOR PARTIAL SUMMARY JUDGMENT

19.    Attached as Exhibit 17 to this declaration is a true and correct copy of the profile page on X for the CFPB Tipline (@cfpb_tipline), X, https://x.com/CFPB_tipline [https://perma.cc/SW5G-8WV6].

20.    Attached as Exhibit 18 to this declaration is a true and correct copy of a post on X from the White House Rapid Response (@RapidResponse47), X (Feb. 10, 2025, at 18:48 ET), https://x.com/RapidResponse47/status/1889099138941235509 [https://perma.cc/U8UR-2A2V].

21.    On Oct. 15, 2025, Defendant Vought appeared on *The Charlie Kirk Show* podcast. Attached as Exhibit 19 to this declaration is true and correct copy of a printout for the webpage hosting The Charlie Kirk Show: *Vice President Vance and the Trump Admin Honor Charlie* (Omny Studio, Oct. 15, 2025), https://omny.fm/shows/the-charlie-kirk-show/vice-president-vance-and-the-trump-admin-honor-charlie. The relevant statements by Defendant Vought can be found in the audio recording at 1:21:47-1:23:00. Plaintiffs can provide the Court with a USB of the recording upon request.

22.    Attached as Exhibit 20 to this declaration is a true and correct copy of the Letter from Russell Vought, Acting Dir., CFPB, to Jerome Powell, Chair, Bd. of Govs. of the Fed. Reserve Sys. (Jan. 9, 2026), filed in *National Treasury Employees Union v. Vought*, No. 1:25-cv-00381-ABJ (D.D.C.), ECF No. 169 & 169-1.

23.    Attached as Exhibit 21 to this declaration is a true and correct copy of a Federal Financial Institutions Examination Council news release, *FFIEC Publishes 2024 Data on Mortgage Lending* (July 7, 2025), https://www.ffiec.gov/news/press-releases/2025/an-07-07 [https://perma.cc/HR5P-EQKH].

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on January 21, 2026.

s/ Stephen Thompson
STEPHEN C. THOMPSON

Page 5 -    DECLARATION OF STEPHEN C. THOMPSON IN SUPPORT OF PLAINTIFFS' MOTION  FOR PARTIAL SUMMARY JUDGMENT