Joshua P. Chadwick, D.C. Bar #502279
Assistant General Counsel
joshua.p.chadwick@frb.gov
Monika Moore, D.C. Bar #500781
Senior Counsel
monika.moore@frb.gov
Board of Governors of the Federal Reserve System
20th Street and Constitution Avenue, NW
Washington, DC 20551
Phone: (202) 263-4835
*Counsel for Board of Governors
of the Federal Reserve System*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| STATE OF NEW YORK *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>RUSSELL T. VOUGHT *et al.*,<br><br>　　　　Defendants. | No. 6:25-cv-2384<br><br>RESPONSE BY DEFENDANT BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT |

**RESPONSE BY DEFENDANT BOARD OF GOVERNORS OF THE
FEDERAL RESERVE SYSTEM TO
<u>PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT</u>**

　　　　Defendant Board of Governors of the Federal Reserve System ("Board") respectfully submits this response to Plaintiffs' Motion for Partial Summary Judgment and Memorandum of Law in Support ("Plaintiffs' Motion"). As the Complaint makes clear, the Board is being sued as

a relief rather than a merits defendant and "solely for purposes of declaratory relief pursuant to

Plaintiffs' sixth cause of action" (requesting declaration that the Federal Reserve "is required,

pursuant to 12 U.S.C. § 5497(a)(1), to transfer to the CFPB from such 'combined earnings' the

amount that the Director of the CFPB has determined to be reasonably necessary to carry out the

CFPB's operations"). *See* Complaint ¶¶ 35, 176; *accord* Complaint at Prayer for Relief (d).[1] As a

relief defendant, the Board does not intend to offer separate arguments or responses concerning

Plaintiffs' Motion and claims.

Dated: February 11, 2026

Respectfully submitted,

  /s/ *Joshua P. Chadwick*
Joshua P. Chadwick, D.C. Bar #502279
Assistant General Counsel
joshua.p.chadwick@frb.gov
Monika Moore, D.C. Bar #500781
Senior Counsel
monika.moore@frb.gov
Board of Governors of the Federal Reserve System
20th Street and Constitution Avenue, NW
Washington, DC 20551
Phone: (202) 263-4835
*Counsel for Board of Governors*
*of the Federal Reserve System*

---

[1] Plaintiffs allege in their Complaint and reiterate in their Motion that the Chairman of the Board of Governors of the Federal Reserve System has testified before Congress that the Federal Reserve lacks discretion with respect to CFPB funding requests. Complaint ¶ 44; Plaintiff's Motion at 11 (citing *The Semiannual Monetary Policy Report to the Congress: Hearing Before the S. Comm. on Banking, Housing & Urban Affs.*, 119th Cong. (Feb. 11, 2025) (testimony of Jerome Powell, Chair, Bd. of Governors of the Fed. Rsrv. Sys., at 1:24:50-1:26:02), https://www.banking.senate.gov/hearings/02/04/2025/the-semiannual-monetary-policy-report-to-the-congress).