BRETT A. SHUMATE
Assistant Attorney General
Civil Division

BRAD P. ROSENBERG
Special Counsel

ALEXANDER J. YUN
Trial Attorney
Federal Programs Branch

CHARLES E.T. ROBERTS
Counsel to the Assistant Attorney General
 (PA Bar No. 326539)

>U.S. Department of Justice
>Civil Division
>950 Pennsylvania Avenue, N.W.
>Washington, D.C. 20005
>Tel.: (202) 305-1141
>Fax: (202) 616-8470
>E-mail: Charles.Roberts2@usdoj.gov

*Attorneys for Defendants Vought and CFPB*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| STATE OF NEW YORK, et al., | Case No. 6:25-cv-02384-AA |
|---|---|
| Plaintiffs, | **NOTICE OF APPEARANCE OF CHARLES E.T. ROBERTS** |
| v. | |
| RUSSEL VOUGHT, in his official capacity As acting director of the Consumer Financial Protection Bureau, et al., | |
| Defendants | |

Please take notice that the undersigned attorney, Charles E.T. Roberts of the United States Department of Justice, Civil Division, hereby enters his appearance as counsel on behalf of Defendants Vought and Consumer Financial Protection Bureau in the above-captioned case.

NOTICE OF APPEARANCE OF CHARLES E.T. ROBERTS
Page 1

DATED: March 11, 2026            Respectfully submitted,

                                                      */s/ Charles E.T. Roberts*
                                                      CHARLES E.T. ROBERTS
                                                      Counsel to the Assistant Attorney General