BRETT A. SHUMATE
Assistant Attorney General
Civil Division

BRAD P. ROSENBERG
Special Counsel
Federal Programs Branch

ALEXANDER J. YUN
Trial Attorney
 (DC Bar No. 90028923)

> U.S. Department of Justice
> Civil Division, Federal Programs Branch
> 1100 L Street NW
> Washington, D.C. 20005
> 202-674-0255
> Alex.Yun@usdoj.gov

*Counsel for Defendants Vought and CFPB*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| STATE OF NEW YORK, et al., | Case No. 6:25-cv-02384-AA |
| Plaintiffs, | |
| v. | |
| RUSSELL VOUGHT, in his official capacity As acting director of the Consumer Financial Protection Bureau, et al., | **NOTICE** |
| Defendants | |

Defendants Russell Vought and Consumer Financial Protection Bureau respectfully submit this notice to inform the Court and the parties that the Acting Director of the Consumer Financial Protection Bureau has prepared a funding request, in accordance with the district court's injunction in *NTEU v. Vought*, 1:25-cv-381 (D.D.C.), in the amount of $75.8 million, and, today, has submitted it to the Board of Governors of the Federal Reserve System. Exhibit A, attached.

DATED: March 30, 2026                    */s/ Alexander J. Yun*
                                         ALEXANDER J. YUN

# EXHIBIT A



Consumer Financial
Protection Bureau

1700 G Street NW, Washington, D.C. 20552

March 30, 2026

The Honorable Jerome Powell
Chairman, Board of Governors of the Federal Reserve System
20th Street and Constitution Avenue NW
Washington, DC 20551

Dear Chairman Powell:

The Consumer Financial Protection Act requires the Board of Governors of the Federal Reserve System to transfer each quarter an "amount determined by the Director to be reasonably necessary" "from the combined earnings of the Federal Reserve System" for the Bureau of Consumer Financial Protection to carry out its authorities under law. 12 U.S.C. § 5497(a)(1).

In order to comply with the preliminary injunction of the District Court for the District of Columbia in *NTEU* v. *Vought*, 1:25-cv-00381, I have determined $75,800,000 is the amount necessary for the third quarter of Fiscal Year 2026. This number does not reflect the amount that I believe to be reasonably necessary for the Bureau to perform its statutory functions. I believe that the Bureau can perform its statutory duties with a significantly smaller budget and provide the number above to comply with the referenced court order.

The funds can be deposited in the Bureau of Consumer Financial Protection Fund established at the Federal Reserve Bank of New York ("Bureau Fund") after receipt of this letter. Disbursement instructions to transfer funding from the Bureau Fund into the Treasury General Account (ABA number 021030004 for credit to ALC number 9585000) will be made separately, as will investment direction.

Sincerely,

Russell T. Vought
Acting Director

consumerfinance.gov