BRETT A. SHUMATE
Assistant Attorney General
Civil Division

BRAD P. ROSENBERG
Chief Litigation Counsel
Federal Programs Branch

ALEXANDER J. YUN
Trial Attorney
(DC Bar No. 90028923)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
202-674-0255
Alex.Yun@usdoj.gov

*Counsel for Defendants Paoletta and CFPB*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**

| | |
|---|---|
| STATE OF NEW YORK, et al.,<br>Plaintiffs,<br>*v.*<br><br>MARK PAOLETTA, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, et al.,<br><br>Defendants. | Case No. 6:25-cv-02384-AA<br><br>CONSENT MOTION TO EXTEND THE PARTIES' PROPOSED CASE SCHEDULING DEADLINE |

On September 25, 2026, the Court issued an opinion and order on Plaintiffs' motion for partial summary judgment and entered a scheduling order directing the parties to submit a joint proposed case schedule by October 9, 2026. ECF No. 87. On October 7, 2026, the Court extended the parties' deadline to file a joint proposed case schedule until November 9, 2026.

The parties respectfully move for a 14-day extension of their deadline to file a joint proposed case schedule, such that the deadline is extended up to and including November 23, 2026. Pursuant to Fed. R. Civ. P. 6(b), this Court has discretion to permit an extension of time for good cause. *See Lujan v. Nat'l Wildlife Fed'n*, 497 U.S. 871, 895-96 (1990). District of Oregon Local Rules require that "[a] party seeking an extension must do so by motion which demonstrates good cause and effective prior use of time." *Reitz v. Adams*, No. 3:13-CV-02025-AC, 2015 WL 1346127, at *5 (D. Or. Mar. 23, 2015) (citing L.R. 16–3(a)). The requesting party must also show "the impact of the proposed extension on the other existing deadlines, settings, or schedules." L.R. 16–3(a)(4).

Good cause exists for this request. Over the past month, the parties have been conferring as to proposals to address proceedings in this action. Although the parties had been considering two different proposals, on Friday, November 6, 2026, Plaintiffs requested that Defendants consider a third alternative. An extension of the current deadline is therefore necessary to provide Defendants an opportunity to confer internally about Plaintiffs' most recent proposal and so that the parties may confer further with each other about it and reach consensus. Moreover, the requested extension will not impact this case's schedule. There are currently no deadlines or schedules pending in this case.

WHEREFORE, the parties respectfully request a 14-day extension of their deadline to file a joint proposed case schedule, such that the deadline is extended up to and including November 23, 2026. Counsel for Defendants Paoletta and CFPB have conferred with Plaintiffs and Defendants Board of Governors of the Federal Reserve System, who consent to this extension. A proposed order is attached.

Dated: November 9, 2026

BRETT A. SHUMATE

Assistant Attorney General
Civil Division

BRAD P. ROSENBERG
Chief Litigation Counsel
Federal Programs Branch

*/s/ Alexander J. Yun*
ALEXANDER J. YUN
Trial Attorney
(DC Bar No. 90028923)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
202-674-0255
Alex.Yun@usdoj.gov

*Counsel for Defendants Paoletta and CFPB*