**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**

STATE OF NEW YORK, et al.,

Plaintiffs,

*v.*

MARK PAOLETTA, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, et al.,

Defendants.

Case No. 6:25-cv-02384-AA

**[PROPOSED] ORDER**

Upon consideration of Defendants Paoletta and CFPB's Consent Motion to Extend the Parties' Proposed Case Scheduling Deadline, and for good cause shown, it is hereby ORDERED that the motion is GRANTED. The parties' deadline to file a joint proposed case schedule is extended to November 23, 2026.

SO ORDERED.

Dated: ____________________

By: __________________________
ANN L. AIKEN
United States District Judge