KEITH ELLISON
Attorney General for the State of Minnesota

Sarah Doktori
Assistant Attorney General
Phone: (651) 583-6694
sarah.doktori@ag.state.mn.us

Katherine Bies
Special Assistant Attorney General
Phone: (651) 300-0917
katherine.bies@ag.state.mn.us

Peter Surdo
Special Assistant Attorney General
Phone: (651) 300-6637
peter.surdo@ag.state.mn.us

Minnesota Attorney General's Office
445 Minnesota Street, Suite 600
St. Paul, MN 55101-2125
Fax: (651) 282-5832

*Attorneys for the State of Minnesota*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**
**PORTLAND DIVISION**

| | |
|---|---|
| STATE OF OREGON; STATE OF NEW YORK; STATE OF CALIFORNIA; STATE OF CONNECTICUT; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MINNESOTA; STATE OF RHODE ISLAND; STATE OF VERMONT, *Plaintiffs*, | Case No. 6:25-cv-02384-AA |
| v. | **NOTICE OF APPEARANCE** |
| OFFICE OF THE COMPTROLLER OF THE CURRENCY and JONATHAN V. GOULD, in his official capacity as Comptroller of the Currency, *Defendants*. | |

**NOTICE OF APPEARANCE**

Please take notice that the undersigned, Peter N. Surdo, is appearing as additional counsel of record for State of Minnesota in this case.

Sarah Doktori and Katherine Bies previously appeared and remain counsel for the State of Minnesota in this case.

DATED: November 10, 2026

Respectfully submitted.

*s/ Peter N. Surdo*

KEITH ELLISON
Attorney General for the State of Minnesota
Christopher M. Kaisershot
Assistant Attorney General
Peter Surdo
Special Assistant Attorney General
Minnesota Attorney General's Office
445 Minnesota Street, Suite 600
St. Paul, MN 55101-2125
(651) 728-4173
Fax: (651) 282-5832
Christopher.Kaisershot@ag.state.mn.us
Peter.Surdo@ag.state.mn.us

*Attorneys for the State of Minnesota*