IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

STATE OF NEW YORK; STATE OF OREGON; STATE OF NEW JERSEY; STATE OF COLORADO; STATE OF CALIFORNIA; STATE OF ARIZONA; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW MEXICO; STATE OF NORTH CAROLINA; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WISCONSIN; COMMONWEALTH OF VIRGINIA,

Plaintiffs,

v.

RUSSELL T. VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau; CONSUMER FINANCIAL PROTECTION BUREAU; BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM,

Defendants.

Civ. No. 6:25-cv-02384-AA

**ORDER**

---

AIKEN, District Judge.

This case comes before the Court on the parties' Joint Motion for Entry of Judgment, ECF No. 95. Plaintiffs have filed their Second Amended Complaint, ECF No. 94, and the parties agree that judgment may now be entered consistent with the

Court's previous Opinion and Order, ECF No. 86. The Joint Motion for Judgment is GRANTED and final judgment shall be entered.

It is so ORDERED and DATED this ___25th____ day of November 2026.

_/s/Ann Aiken_______________________________
ANN AIKEN
United States District Judge