IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

STATE OF NEW YORK; STATE OF OREGON; STATE OF NEW JERSEY; STATE OF COLORADO; STATE OF CALIFORNIA; STATE OF ARIZONA; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW MEXICO; STATE OF NORTH CAROLINA; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WISCONSIN; COMMONWEALTH OF VIRGINIA,

Plaintiffs,

v.

RUSSELL T. VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau; CONSUMER FINANCIAL PROTECTION BUREAU; BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM,

Defendants.

Civ. No. 6:25-cv-02384-AA

**JUDGMENT**

---

AIKEN, District Judge.

For the reasons set forth in the accompanying Order and in the Court's prior Opinion and Order on Plaintiffs' Motion for Partial Summary Judgment, ECF No. 86, and consistent with the parties' Joint Motion for Judgment, final judgment is entered for Plaintiffs.

It is so ORDERED and DATED this 25th day of November 2026.

/s/Ann Aiken
ANN AIKEN
United States District Judge